```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DELIO ALOISIO MATTOS SANTOS FILHO,
                  Plaintiff,

10 CIVIL 7508 (JFK)

-against-

**JUDGMENT**

SAFRA NATIONAL BANK OF NEW YORK
                  Defendant.
-----------------------------------------------------------X

      Whereas this matter was tried to the Bench on July 29 and 30, 2013, and the matter having come before the Honorable John F. Keenan, United States District Judge, and the Court, on March 11, 2014, having rendered its Findings of fact and Conclusions of Law finding Defendant not liable on all causes of action alleged in the complaint, entering Judgment for Defendant, and directing the Clerk of Court to close the case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Findings of fact and Conclusions of Law dated March 11, 2014, the Court finds Defendant not liable on all causes of action alleged in the complaint; accordingly, Judgment is entered for Defendant and the case is closed.

**Dated:** New York, New York
          March 17, 2014

                                            **RUBY J. KRAJICK**
                                               Clerk of Court
                          BY:
                                                 Deputy Clerk

                                        THIS DOCUMENT WAS ENTERED
                                        ON THE DOCKET ON _____